# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN NEAL, et al., | Case No. 1:13-cv-00292-LJO-SAB |
| Plaintiffs, | ORDER RE STIPULATION FOR FILING FIRST AMENDED COMPLAINT |
| v. | ECF NO. 8 |
| CITY OF FRESNO, et al., | |
| Defendants. | |

On May 20, 2013, the parties in this action filed a stipulation and proposed order pertaining to the filing of a first amended complaint. (ECF No. 8.) In accordance with the parties' stipulation, it is HEREBY ORDERED:

1. Plaintiffs shall have up to and including July 3, 2013, within which to file a first amended complaint;

2. Defendants shall not be required to file responsive pleadings to the original complaint; and

3. Defendants shall have fourteen (14) days after being served with the first amended complaint to file responsive pleadings to the first amended complaint.

IT IS SO ORDERED.

Dated:  **May 21, 2013**

UNITED STATES MAGISTRATE JUDGE

1