1  Bruce D. Praet SBN 119430
   FERGUSON, PRAET & SHERMAN
2  A Professional Corporation
   1631 East 18th Street
3  Santa Ana, California  92705
   (714) 953-5300 telephone
4  (714) 953-1143 facsimile
   Bpraet@aol.com
5

6  Attorneys for Defendants

7

8

9              UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11

| 12 | EVELYN NEAL, individually and as Mother of MARVIN GARDNER, deceased; and NELAY AH GARDNER (a minor through her guardian ad litem TRILONNI LEWIS), | NO. CV 1:13-cv-00292-LJO-SAB |
|---|---|---|
| | Plaintiffs, | **ORDER ON STIPULATION RE: FILING OF SECOND AMENDED COMPLAINT RE: RESPONSIVE PLEADINGS THERETO; AND CONTINUANCE OF FEDERAL RULE OF CIVIL PROCEDURE 26(t) CONFERENCE** |
| | vs. | |
| | CITY OF FRESNO, a municipal corporation; JERRY DYER, in his capacity as Chief of Fresno Police Department and in his individual capacity, POLICE OFFICER JOHN DOE NO. 1, in his individual capacity; and DOES 2 through 50, inclusive, | |
| | Defendants. | |

23     The Stipulation filed July 22, 2013 re: Filing of a Second Amended Complaint

24  and re: Responsive Pleadings Thereto in this matter jointly filed by Plaintiffs NELAYAH

25  GARDNER, individually (a minor through her *Guardian Ad Litem* TRILONNI LEWIS)

26  and as a successor-in-interest to MARVIN GARDNER, deceased, and Defendants CITY

27  OF FRESNO, a municipal corporation; JERRY DYER, both in his official representative

28  capacity as Chief of Fresno Police Department and individually; POLICE OFFICER

                                    1

JOHN DOE NO.1, in his individual capacity; and, DOES 2 through 50, inclusive, is hereby approved.

IT IS HEREBY ORDERED:

1. That Plaintiffs EVEYN NEAL, both individually and as mother of MARVIN GARDNER, deceased; and, NELAYAH GARDNER, a minor appearing by and through legal guardian ad litem TRILONNI LEWIS, shall have up to and including August 13, 2013, within which to file a Second Amended Complaint herein;

2. That Defendants CITY OF FRESNO, a municipal corporation; JERRY DYER, both in his official representative capacity as Chief of Fresno Police Department and individually; POLICE OFFICER JOHN DOE NO. 1, in his individual capacity; and, DOES 2 through 50, shall not be required to file responsive pleadings to the original Complaint herein;

3. That each Defendant shall have 21 days after being served with the Second Amended Complaint to file responsive pleadings to the Second Amended Complaint.

4. That, in light of the parties seeking to cooperate in addressing the pleadings stage of the proceedings this Honorable Court will continue the currently scheduled Federal Rules of Civil Procedure Rule 26 (f) proceedings from the current date of Monday, August 13, 2013 to September 24, 2013 at 2:30 p.m.

IT IS SO ORDERED.

Dated:   **July 22, 2013**

UNITED STATES MAGISTRATE JUDGE