Bruce D. Praet SBN 119430
**FERGUSON, PRAET & SHERMAN**
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705-7101
(714) 953-5300 telephone
(714) 953-1143 facsimile
bpraet@aol.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN NEAL, individually and as Mother of MARVIN GARDNER, deceased; and NELAYAH GARDNER (a minor through her guardian ad liem TRILONNI LEWIS),<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, a municipal corporation; JERRY DYER, in his capacity as Chief of Fresno Police Department and in his individual capacity, POLICE OFFICER JOHN DOE NO.1, in his individual capacity; and DOES 2 through 50, inclusive.<br><br>　　　　　　Defendants.<br>_____ | NO. 1:13-cv-00292-LJO-SAB<br><br>**[PROPOSED] ORDER re DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>[*Notice, Motion, Separate Statement of Undisputed Facts, and Declareations/Exhibits filed concurrently herewith*]<br><br>**DATE: February 19, 2015**<br>**TIME:  8: 30 a.m.**<br>**CTRM: 4, 7th Floor** |

　　　　The Motion for Summary Judgment by Defendants City of Fresno, Chief Jerry Dyer and Officer Ayello was heard on February 19, 2015, by the Honorable Lawrence J. O'Neill.  The issues having been duly considered and a decision having been duly rendered:

**IT IS HEREBY ORDERED AND ADJUDGED:**

1. The undisputed facts demonstrate that only reasonable force was used in detaining Plaintiff's decedent.

2. There is no evidence to support any separate claims against the City of Fresno.

As such, Defendants' motion is granted in its entirety.

Dated: _____ , 2014

                                             Honorable Lawrence J. O'Neill
                                             United States District Court Judge