## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                         **JUDGMENT IN A CIVIL CASE**

**EVELYN NEAL, ET AL.,**

                                         CASE NO: **1:13–CV–00292–LJO–SAB**

          v.

**CITY OF FRESNO, ET AL.,**

_____

**XX –– Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

      **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/12/2015**

                                           **Marianne Matherly**
                                           Clerk of Court

   ENTERED: **March 12, 2015**

                             by: /s/ A. Jessen_____
                                          Deputy Clerk